DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAVIS MARTINEZ WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1309

_____

December 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Bryan D. Savy of Bross & Savy, PLLC, West Melbourne, for Appellant.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.